ACCEPTED
03-15-00065-CR
6161368
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 3:21:27 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00065-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 3:21:27 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS FOR THE
THIRD SUPREME JUDICIAL DISTRICT
AUSTIN, TEXAS

ELIZABETH ANN BLACK, APPELLANT

VS.

THE STATE OF TEXAS, APPELLEE

ON APPEAL FROM
COUNTY COURT-AT-LAW NUMBER FIVE
TRAVIS COUNTY, TEXAS
CAUSE NO. C1-CR-13-217530

APPELLANT'S REPLY BRIEF

MERIL "GENE" ANTHES, JR.
State Bar No. 24040125
Gene@GBAfirm.Com
CHRISTOPHER M. GUNTER
State Bar No. 08624600
Chris@GBAfirm.Com
GUNTER, BENNETT & ANTHES, P.C.
600 West Ninth Street
Austin, Texas 78701-2212
(512) 476-2494
(512) 476-2497 Facsimile
Attorneys for Appellant

ORAL ARGUMENT IS REQUESTED

# IDENTITY OF PARTIES AND COUNSEL

1.  Appellant:                          Elizabeth Ann Black

2.  Appellee:                           The State of Texas

3.  Trial counsel for Appellant:        Christopher M. Gunter and
                                        Meril "Gene" Anthes, Jr.
                                        Gunter, Bennett & Anthes, P.C.
                                        600 West Ninth Street
                                        Austin, Texas 78701

4.  Trial counsel for the State:        Christyne Harris Schultz
                                        Assistant County Attorney
                                        Travis County, Texas
                                        P.O. Box 1748
                                        Austin, Texas 78767

5.  Counsel on appeal for Appellant:    Meril "Gene" Anthes, Jr. and
                                        Christopher M. Gunter
                                        Gunter, Bennett & Anthes, P.C.
                                        600 West Ninth Street
                                        Austin, Texas 78701

6.  Counsel on appeal for the State:    Giselle Horton
                                        Assistant County Attorney
                                        Travis County, Texas
                                        P.O. Box 1748
                                        Austin, Texas 78767

7.  Trial Judge:                        The Honorable Nancy Hohengarten
                                        County Court-at-Law No. Five
                                        Travis County, Texas
                                        Blackwell/Thurman Criminal Justice Center
                                        509 West 11th, 4th Floor
                                        Austin, Texas 78701

# TABLE OF CONTENTS

PAGE

IDENTITY OF PARTIES AND COUNSEL ........................................................ i

TABLE OF CONTENTS .................................................................................. ii

INDEX OF AUTHORITIES............................................................................. iii

ARGUMENT .................................................................................................. 1

PRAYER ........................................................................................................ 3

CERTIFICATE OF COMPLIANCE................................................................. 5

CERTIFICATE OF SERVICE ......................................................................... 5

# INDEX OF AUTHORITIES

**CASES**                                                                **PAGE**

<u>State v. Duran</u>, 396 S.W3d 563 (Tex. Crim. App. 2013) .........................          1-2

NO. 03-15-00065-CR

_____

IN THE COURT OF APPEALS FOR THE
THIRD SUPREME JUDICIAL DISTRICT
AUSTIN, TEXAS

_____

ELIZABETH ANN BLACK, APPELLANT

VS.

THE STATE OF TEXAS, APPELLEE

_____

ON APPEAL FROM
COUNTY COURT-AT-LAW NUMBER FIVE
TRAVIS COUNTY, TEXAS
CAUSE NO. C1-CR-13-217530

_____

APPELLANT'S REPLY BRIEF

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW Appellant Elizabeth Ann Black, by and through her undersigned counsel, and offers Appellant's Reply Brief, by which Appellant respectfully shows the Court the following:

## **ARGUMENT**

The State improperly argues that statements made by Appellant *after* she was stopped by Officer Dominguez can be used to justify the stop. State's Brief 3, 4, 8. A detention is either good or bad at the moment it starts. State v. Duran, 396

1

S.W. 3d 563, 569-570 (Tex. Crim. App. 2013). Information that the officer either acquired or noticed after a detention or arrest cannot be considered in determining whether an officer had reasonable suspicion to believe a crime had been committed or was being committed. Id. at 569.

It should be noted that in addition to improperly arguing post-detention statements by Appellant to justify the stop the state misrepresents what Appellant actually told the officer. For instance, the State asserts, "Black told Rodriguez that she had seen the barricade but was trying to get home." State's Brief at 3. The videotape, however, makes clear that Appellant told him the opposite, that she didn't see a barricade.

> (Officer Dominguez) Did you not see the barricade?
>
> (Appellant) No, sorry I live right over there.
>
> (Officer Dominguez) I don't care where you live…you didn't see the barricade?
>
> (Appellant) No, I did not.

3 RR State's Exhibit #1 @ 3:00:30

In making Appellant's statements the centerpiece of its argument, the State ignores the facts that demonstrate a lack of reasonable suspicion to believe Appellant was committing or had committed a crime:

- The lane in which Appellant was traveling was wide open. 1 RR 18-19.

2

- There was no barricade in Appellant's lane. 1 RR 18-19.

- The police officer was parked behind a barricade in the adjacent lane to Appellant's lane. 1 RR 8, 18-19.

- The officer was not outside his vehicle directing drivers to stop as Appellant's vehicle approached. 3 RR State's Exhibit 1 @ 2:59:40. He was sitting in his vehicle until Appellant's vehicle was virtually even with the officer's car and he only yelled "Hey" as she drove past him. 3 RR State's Exhibit 1 @ 2:59:42; 2 RR 9-10; 20.

- The officer's flashing overhead lights were not on as he sat behind the barricade. 2 RR 19-20.

- A sign was present informing drivers such as Appellant that Barton Springs Rd. was *to close* at midnight Friday, 21 hours in the future. Nothing about the sign indicated the road was then closed. The sign read: "Barton Springs Rd. to close Friday 12 a.m. until Monday 3 a.m." 2 RR 22-23.

- Appellant did not ignore or fail to heed any sign.

- Appellant did not go around or through any barricade; she simply drove past a barricade that was in the adjoining lane.

## **PRAYER**

For the reasons set out above, Appellant respectfully prays this Court overrule the trial court's ruling and order that Appellant's motion to suppress be granted.

Respectfully submitted,

_____
MERIL "GENE" ANTHES, JR.
State Bar No. 24040125
CHRISTOPHER M. GUNTER
State Bar No. 08624600
GUNTER, BENNETT & ANTHES, P.C.
600 West Ninth Street
Austin, Texas 78701-2212
(512) 476-2494
(512) 476-2497 Facsimile
Attorneys for Appellant

4

## CERTIFICATE OF COMPLIANCE

I certify that this document was prepared with Microsoft Word, and that, according to that program's word-count function, the sections covered by Texas Rule of Appellate Procedure 9.4(i) contain 492 words.

_____
MERIL "GENE" ANTHES, JR.
CHRISTOPHER M. GUNTER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Brief sent via certified mail to PO Box 1748, Austin, Texas 78767 to Giselle Horton, Assistant County Attorney, Travis County, P.O. Box 1748, Austin, Texas 78767, on this the 22nd day of July, 2015.

_____
MERIL "GENE" ANTHES, JR.
CHRISTOPHER M. GUNTER



**GUNTER, BENNETT & ANTHES**

ATTORNEYS AT LAW

600 WEST NINTH STREET
AUSTIN, TEXAS 78701

Christopher M. Gunter*
Alan Bennett
Meril "Gene" Anthes, Jr.
_____
* Board Certified - Criminal Law
Texas Board of Legal Specialization

Telephone:
Office: (512) 476-2494
Fax: (512) 476-2497

July 21, 2015

Honorable Jeffrey D. Kyle
Clerk of the Court
Austin Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

*Via Electronic Delivery*

RE:    The State of Texas
        vs.
        Elizabeth Black
        No. 03-15-00065-CR
        On Appeal from Travis County
        Court-at-law Number Five
        Cause No. C1CR-13-217530

Dear Mr. Kyle:

Enclosed for filing please find Appellant's Reply Brief in the above-referenced cause.

Thank you for your assistance in this matter. Please feel free to contact me should you have any questions.

Best regards,

Gene Anthes

cc:    *Giselle Horton*
        *Assistant Travis County Attorney*
        *P.O. Box 1748*
        *Austin, Texas 78767*